The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR12-062RSL |
| Plaintiff, ) | |
| ) | ORDER GRANTING MOTION TO MODIFY TERMS OF SUPERVISION |
| v. ) | |
| PASCUAL VALENZUELA, ) | |
| Defendant. ) | |

This matter comes before the Court on Defendant's Motion to Modify Terms of Supervision. Having thoroughly considered the Defendant's briefing and the relevant record, the Court grants the Motion. The Court hereby orders that the conditions of release be modified to allow Mr. Valenzuela to be placed on curfew as directed by the location monitoring specialist.

All other conditions remain in place.

DONE this 26th day of July, 2021.

*[signature: M S Lasnik]*

JUDGE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT

Presented by:

s/ *Andrew Kennedy*
Assistant Federal Public Defender
Attorney for Pascual Valenzuela

ORDER GRANTING MOTION
TO MODIFY TERMS OF SUPERVISION
(*Pascual Valenzuela*; CR12-062RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100