UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v<br><br>PASCUAL VALENZUELA,<br><br>            Defendant. | NO. CR12-62RSL<br><br>MINUTE ORDER |

The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

The evidentiary hearing on revocation of supervised release for the above-named defendant previously scheduled for December 1, 2022, is rescheduled for **Thursday, January 5, 2023 at 10:30 a.m.**, in Room 15106 before the Honorable Robert S. Lasnik.

DATED this 18th day of November, 2022.

*s/Laura Hobbs*
By Laura Hobbs,
Deputy Clerk

MINUTE ORDER