THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR12-062-RSL |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO MODIFY CONDITIONS OF PRETRIAL SUPERVISION |
| PASCUAL VALENZUELA, | |
| Defendant. | |

This matter comes before the Court on Pascual Valenzuela's Motion to Modify Conditions of Pretrial Supervision. The Court has considered the motion and records in this case and GRANTS the request.

THE COURT ORDERS that the terms of Mr. Valenzuela's appearance bond be modified to remove the condition requiring him to participate in alcohol monitoring. The following language shall be deleted from Mr. Valenzuela's appearance bond:

> The defendant shall comply with alcohol testing, using an alcohol testing device, as directed by the location monitoring specialist. The defendant shall comply with all program requirements and must contribute towards the costs of the services, to the extent they are financially able to do so, as determined by the location monitoring specialist.

All other conditions remain in place.

DONE this 8th day of May, 2023.

*[signature: Mr S Lasnik]*

JUDGE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT

Presented by:

s/ *Andrew Kennedy*
Attorney for Pascual Valenzuela

ORDER GRANTING MOTION
TO MODIFY TERMS OF
PRETRIAL SUPERVISION
(*U.S. v. Valenzuela*; CR12-062RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100