1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

UNITED STATES OF AMERICA,

Plaintiff,

v.

PASCUAL VALENZUELA,

Defendant.

Case No. CR12-62RSL

ORDER GRANTING EARLY
TERMINATION OF
SUPERVISED RELEASE

10
11
12
13
14
15
16
17
18

This matter comes before the Court on defendant's "Motion for Early Termination of Supervised Release." Dkt. # 1630. Having reviewed the motion and the record herein, the court GRANTS the motion.

19
20
21
22
23
24
25
26
27
28

On April 25, 2013, Valenzuela pleaded guilty to one count of conspiracy to distribute methamphetamine and heroin in violation of 21 U.S.C. § 841(a)(1), 841(b)(1)(A), and 846; one count of conspiracy to engage in money laundering in violation of 18 U.S.C. § 1956; and one count of conspiracy to possess firearms in furtherance of drug trafficking crimes and crimes of violence in violation of 18 U.S.C. § 924(o). Dkt. # 859. On October 31, 2014, this Court sentenced Valenzuela to a twelve-year term of imprisonment to be followed by five years of supervised release. Dkt. # 1328. On October 19, 2020, this Court granted Valenzuela's motion

ORDER GRANTING MOTION FOR EARLY
TERMINATION OF SUPERVISED RELEASE - 1

for compassionate release and reduced his custodial sentence to time served. Dkt. # 1505.

Valenzuela commenced his term of supervised release on October 30, 2020. Dkt. # 1630. The

term is set to expire in October 2025. *Id*.

Valenzuela requests early termination of his supervised release because he has

successfully re-entered the community and firmly established a prosocial lifestyle. *Id*. Overall,

he has performed well on supervised release, finding gainful employment, securing stable

housing, and seeking out mental health treatment. *Id*. However, during a relapse into alcohol use

in 2022 he was arrested for driving under the influence and hit-and-run. Dkts. # 1630 at 3, 1632

at 5. Valenzuela reported the incident to his probation officers and pleaded guilty to driving

under the influence. *Id*. Afterward, this Court continued his term of supervised release and

Valenzuela successfully completed a relapse-prevention program. Dkts. # 1598, 1633.

Valenzuela's most recent work is in landscaping, but he now hopes to return to his home

country of Mexico where he can work on a family farm and receive the equivalent of social

security once he reaches the age of 65 next year. Dkt. # 1630.

After a defendant completes at least one year of a supervised release term, the Court may

terminate the defendant's term of supervised release "if it is satisfied that such action is

warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C.

§ 3583(e)(1). Valenzuela's time on supervised release now well exceeds one year; therefore,

consideration of early termination of supervised release is statutorily permissible. The Court

must consider several factors in deciding whether early termination is appropriate, including the

nature and circumstances of the offense; the history and characteristics of the defendant; the

ORDER GRANTING MOTION FOR EARLY
TERMINATION OF SUPERVISED RELEASE - 2

1   need to deter criminal conduct and protect the public from further crimes; the need to provide

2   the defendant with correctional treatment in the most effective manner; and the need to avoid

3

4   disparity among similarly situated defendants. 18 U.S.C. § 3583(e) (citing to factors listed by 18

5   U.S.C. § 3553(a)); *see United States v. Emmett*, 749 F.3d 817, 820 (9th Cir. 2014).

6
        Valenzuela was convicted of very serious crimes related to drug and firearms trafficking.
7
    Dkt. # 1632. He served nearly six years for those crimes. It is concerning that in 2022, during his
8

9   second year of supervised release, he relapsed into alcohol use and pleaded guilty to driving

10  under the influence. Dkts. # 1630 at 3, 1632 at 5. However, Valenzuela has since successfully

11
    completed relapse prevention and, aside from the one concerning period in 2022, his behavior
12

13  during his four years of supervision has been commendable. Therefore, after careful

14
    consideration, the Court is satisfied that early termination of Valenzuela's supervised release is
15

16  warranted by "the conduct of the defendant" and "the interest of justice." 18 U.S.C.

17  § 3583(e)(1).

18
        For the foregoing reasons, defendant's "Motion for Early Termination of Supervised
19
    Release" (Dkt. # 1630) is GRANTED.
20

21

22      DATED this 18th day of November, 2024.

23

24

25                                                          Robert S. Lasnik
26                                                          United States District Judge

27

28

ORDER GRANTING MOTION FOR EARLY
TERMINATION OF SUPERVISED RELEASE - 3